(No. 19649.—

FRED WALKER, Appellee, *vs.* JOHN WALKER, Appellant.

*Opinion filed October 19, 1929.*

DAY & BEILMAN, for appellant.

NELS H. OLSON, for appellee.

Mr. JUSTICE DUNN delivered the opinion of the court:

A petition for the probate of an instrument of writing as the will of Alice Ann Walker, deceased, was filed in the probate court of Cook county by Fred Walker, a son of the testatrix, who was nominated as executor and was a beneficiary of the will. The probate court ordered the will admitted to probate, and upon appeal from that decision by John Walker, another son and beneficiary, the circuit court made a similar order, from which John Walker appealed to this court.

There is nothing in the record to show that a freehold is involved or that any other ground for a direct appeal to this court exists, and the appeal is therefore transferred to the Appellate Court for the First District.

*Cause transferred.*